

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Kelly Clark, Alan Swindoll, Courtney Swindoll and ALS Associates, Inc. v. Hastings Equity Partners, LLC, Axios Industrial Group, LLP and A&L Ultimate Holdings, LLC

Appellate case number:  01-20-00749-CV

Trial court case number:  2020-57652

Trial court:            164th District Court of Harris County, Texas

Appellees, Hastings Equity Partners, LLC, Axios Industrial Group, LLC, and A&L Ultimate Holdings, LLC, have filed a Motion for Contempt of Temporary Injunction. The motion is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                          Acting individually

Date:  December 15, 2020